FILED
CLERK, U.S. DISTRICT COURT

MAR 18 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GARRETT,<br><br>    Petitioner,<br><br>v.<br><br>MIKE EVANS, Acting Warden,<br><br>    Respondent. | Case No. CV 04-9833-CAS (JWJ)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. Section 636(b)(1)(C), the Court has reviewed the instant Petition along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a <u>de novo</u> determination of the Report and Recommendation. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected.

    IT IS ORDERED that a Judgment be issued denying the instant Petition and dismissing the action with prejudice.

///
///
///
///
///

1  IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of
2  this Order and the Judgment of this date on Petitioner and counsel for Respondent.

DATED: 3/18/08

*Christina A. Snyder*
CHRISTINA A. SNYDER
United States District Judge

- 2 -