# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GARRETT,<br><br>　　　　Petitioner,<br><br>　v.<br><br>MIKE EVANS, Acting Warden,<br><br>　　　　Respondent. | Case No. CV 04-9833-CAS (JWJ)<br><br>JUDGMENT |

Pursuant to the Order of the Court adopting the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

IT IS ADJUDGED that Judgment be entered denying the Petition and dismissing the action with prejudice.

DATED: 3/18/08

_____
CHRISTINA A. SNYDER
United States District Judge